# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:19-M -08703(1) |
| | § |
| (1) Juan Pablo Vega | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 19, 2019** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, Isaias Manuel Zul-alonzo, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**.

I further state that I am a(n) **BPA** and that this complaint is based on the following facts: *"On September 19, 2019, the defendant, Juan Pablo Vega, a United States citizen, was arrested by Border Patrol agents, in Eagle Pass, Texas, located in the Western District of Texas, for transporting two illegal aliens, furthering their illegal entry into the United States. The defendant admitted he was going to receive $250 USD in exchange for the smuggling attempt.*

*Material witness, Isaias*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_Signature of Complainant_
Joy, David J
BPA

09/23/2019                              at   DEL RIO, Texas
File Date                                    City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE         Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:19-M -08703(1)

(1) Juan Pablo Vega

**Continuation of Statement of Facts:**

Manuel Zul-Alonzo, a citizen of Guatemala, admitted arrangements were made for him to be smuggled into the United States and transported to California for a total fee of $9,000 USD. The material witness positively identified the defendant, Juan Pablo Vega, out of a photo lineup as the person who picked him up and transported him."

_____  _____
Signature of Judicial Officer  Signature of Complainant